## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SAÚL RENÉ RODRÍGUEZ-SUÁREZ,<br><br>**Plaintiff**<br><br>v.<br><br>CORAL BY THE SEA HOTEL CORP., et al.,<br><br>**Defendants** | **CIVIL NO. 21-1240 (RAM)** |

## JUDGMENT

In accordance with the Memorandum and Order entered on September 9, 2022 (Docket No. 45), judgment is entered **DISMISSING this action without prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of September 2022.

S/ RAÚL M. ARIAS-MARXUACH<br>United States District Judge